Andrew M. Kohlmetz, OSB #955418
The Law Office of Andrew M. Kohlmetz, LLC
741 SW Lincoln Street
Portland, OR 97201
Tel: (503) 265-8307
Email: andy@portlandfederaldefense.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:23-CR-00391-11-IM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | EXHIBIT A TO DEFENDANT'S |
| | ) | SENTENCING MEMO |
| FREDDY JOHN BISH, | ) | |
| | ) | |
| Defendant. | ) | |

EXHIBIT A:  Reports of Three Witness Interviews, 3 pages.

EXHIBIT A TO DEFENDANT'S SENTENCING MEMO                                          -1

The Law Office of Andrew M. Kohlmetz, LLC
741 SW Lincoln Street
Portland, OR 97201
(503) 265-8307
andy@portlandfederaldefense.com

Gove Enterprises Inc.
Investigations
704 Main St – Suite 305-1
Oregon City, OR 97045

INVESTIGATION REPORT

To:     Andrew Kohlmetz
From:   Rick Gove
Date:   April 10, 2026
RE:     Freddy Bish Investigation
        John Karanja Report


On Friday, April 10, 2026, I spoke with John Karanja at phone number                    .
KARANJA is the owner of King David Care Home, LLC,                              , Albany,
OR.

I asked KARANJA if Freddy Bish has worked for him in the past.  He said yes, he first hired
BISH in 2022 and he has worked for him numerous times since then, doing carpentry repair
work and maintenance on his properties in Portland and in Albany.

I asked KARANJA what kind of worker BISH is.  He said BISH is a reliable, trustworthy person
and the quality of his work is exceptional.   He said BISH will never leave a job until it is fully
complete.  He said BISH has never taken advantage of him and has never over-charged him.  He
said BISH charges a fair hourly rate, and if he works for 40 minutes, that is all he charges for, not
a full hour.

KARANJA also stated that he was having a problem with one of his properties, a facility for
Linn County health clients, where a tenant was causing damage to the property.  He hired BISH
to repair the damage, and BISH ended up talking to the tenant and ever since then, this tenant has
not caused any more property damage.  KARANJA said BISH was able to reach the tenant by
having a conversation with him, and he convinced the tenant not to cause any more damage.
KARANJA said he was extremely grateful.

KARANJA said he has referred BISH to other property owners he knows, and BISH has a
reputation among them as being a sought-after carpenter.  KARANJA said he had a job lined up
for BISH when he got in trouble and he was sad to not have been able to hire him.  KARANJA
said he would hire BISH back right away when he completes his sentence for this case.

Gove Enterprises Inc.
Investigations
704 Main St – Suite 305-1
Oregon City, OR 97045

INVESTIGATION REPORT

To:     Andrew Kohlmetz
From:  Rick Gove
Date:   April 10, 2026
RE:     Freddy Bish Investigation
          Maggie Kinyanjui Report

On Friday, April 10, 2026, I spoke with Maggie Kinyanjui at phone number                          .

KINYANJUI owns a business building at                         Portland, OR 97230, and she has hired Freddy Bish on multiple occasions to perform maintenance on the building.

KINYANJUI said a friend of hers referred BISH to her in 2023 when she was looking for a reliable person to fix problems at her business property.  She described BISH as a very hard worker and said he was very dependable and capable and she never had any problems with the work he performed for her.  She said BISH was always very fair with his billing, which she considered to be a rare thing with contractors these days.

KINYANJUI said she never had any reason to mistrust BISH, and she said when he finishes his time for his case, she would gladly hire him back to work for her.

Gove Enterprises Inc.
Investigations
704 Main St – Suite 305-1
Oregon City, OR 97045

INVESTIGATION REPORT

To:     Andrew Kohlmetz
From:   Rick Gove
Date:   April 17, 2026
RE:     Freddy Bish Investigation
        Jay Nguyen Report

On Friday, April 17, 2026, I spoke to Jay Nguyen at phone number                NGUYEN resides at
                    ., Happy Valley, OR, 97086.

I asked NGUYEN if Freddy Bish has ever worked for him.  NGUYEN said he has a landscaping
company, Beautiful Yard PDX, LLC, and BISH applied for a job with him around 2020.  He said BISH
worked part-time for him for approximately 3 years.

I asked NGUYEN what kind of worker BISH was.  He said BISH was a hard worker, dependable and
reliable.  He said if BISH said he was going to work at a job, he always showed up. He said BISH was a
skilled concrete worker and did lots of retaining walls for his company.

NGUYEN said he never had any problems with BISH and said he had nothing but positive things to say
about BISH's character.

NGUYEN said he would hire BISH back after he serves his sentence.

USA v. FREDDY JOHN BISH 3:24-CR-00391-11-IM EXHIBIT A TO DEFENDANT'S   3 of 3
SENTENCING MEMORANDUM